ELECTRONICALLY FILED
Pulaski County Circuit Court
Terri Hollingsworth, Circuit/County Clerk
2024-Jul-30 08:00:16
60CR-22-1580
C06D01 : 18 Pages

**RESPONDENT'S EXHIBIT A**

IN THE CIRCUIT COURT OF __Pulaski__ COUNTY, ARKANSAS

__1st__ DIVISION

__Christopher Walls__   PETITIONER

VS.   NO. __2022-1580__

STATE OF ARKANSAS   RESPONDENT

## HABEAS CORPUS PETITION
(ACA § 16-112-201-208)

Comes now the Petitioner, __Christopher Walls__, ADC #__130026__, and for his/her *pro se* Habeas Corpus Petition for absolute dismissal of the criminal conviction against him/her, alleges and states:

1. That Petitioner, an indigent, is a prisoner in custody of the Arkansas Department of Correction, __North Central__ Unit, under sentence of the Circuit Court of __Pulaski__ County, Arkansas, having been sentenced on __August 16th__, 20__22__, for conviction of a felony.

2. That said conviction was based on an information or warrant filed against Defendant/Petitioner on or about __April 28th__, 20__22__, accusing the Defendant/Petitioner of the offense(s) of __Sexual Assault in the Second Degree / Case #60CR-22-1580__, in violation of Ark. Code Ann. __5-14-125__, a class __B__ felony.

3. That Petitioner asserts actual innocence and this Court has jurisdiction pursuant to the Arkansas Constitution and Arkansas Code Annotated 16-112-201, et seq.

4. That Petitioner has previously filed the following Post-Conviction Petitions on the grounds listed for each (list each Petition, date, Court where filed, and the grounds alleged. Rule 37, for example): __Habeas Corpus Petition, Pulaski County New Discovered Evidence / Actually innocent of the offense  7-3-24__

3/8/17 (ADC)

5. That Petitioner asserts the following newly discovered evidence OR advances in technology to test existing evidence now exist that will establish the actual innocence of Petitioner: *Section 5 is Attached*

6. That Petitioner is entitled to have the testing performed by the Arkansas Crime lab and to promptly have a hearing on the issues in the Court in which the Conviction was granted.

WHEREFORE, Petitioner prays this Court enter an order to set a hearing on the motion herein; to appoint an attorney for Petitioner for such hearing, and for all relief which may be just and proper.

Respectfully submitted,

*Christopher Walker*
Petitioner, pro se
ADC # *130026*

*north central* Unit
Arkansas Department of Correction

*10 Prison Circle   AR 72519*
*Calico Rock*

3/8/17 (ADC)

Section 5

1

That The Petitoner is now Fileing The Postconvicton petitions on The Grounds listed Are: Act 1780 of 2001 As Amended by Act 2250 of 2005, Provides That A Writ of Hebeas Corpus can be issue based on new scientific Evidence Proving A Person Actually innocent of the Offense For which he was covicted. Under section 16-112-202, The has identify specific Evidence For Testing or Retesting That Was Secured As A Result of Petitioners conviction. The Evidence have been Maintained Subject To A chain of Custody; The specific Evidence For Testing or Retesting That Was Secured At The Crime Scene That Was A Result of The petitoners conviction, which Was The Victims underwere That The Arkasas State Crime Lab Findings Stated That They did Find DNA on The victims underwere, That has "not" yet been Identified due To The Method of Techologies of the Testing At The Moment due To The Amount of DNA That Was on The Victims underwere Veronica Cunalata In The Case of 60-CR-22-1580. A Theory of The Petitioner in Defense based on Frist: There Was "not" Any Forensic DNA Evidence obtained or Testing Preform on The petitioner or And No Sexual-Assault Kit Preform on The petitioner and The victim or The

use to Take DNA using Burcal swabs from the Petitioner at any time from the Shrewood Police Department or the Arkansas State Crime Lab for Testing to find Forensic Evidence to show any Establishing an proper chain of custody with the Petitioner and the victim in the case of 60-CR-22-1580 That will or would have proven that the Petitioner and the victim has had an mixtors of DNA to show that vaginal intercourse might have occurred. Scientific Testing should had been performed on vaginal swabs Taken from the victim because she stated that the petitoner had engaged in sex with her suggesting that vaginal intercourse might have occurred with the petitioner and the Co-Defendant at the time of the sexual-assault. There was never an sexual assault kit preform on the victim because she had made fiase statements to the Shrewood Police Department and she also waited over an week to even make the fake police report because she knew that if she had preform an sexual-assault kit it would proven that there were "not" any mixtors of DNA with the petitioner and the victim and/or the Co-defendant that would show any intercourse or vaginal intercourse had ever taken place with the petitioner and co-defendant

(3)

The shREwood Police DePARTMENTS Documents "no" such EVIDENCE has been TAKEN FROM The petitioner or The victim such As An sexual-AssAult kit PREFoRM on The victim or The petitioner on The day That The victim Reported That An sexual-Assault had occuRRed, There were not Any Medical Records From Any county Regional Medical center or At The ARkANSAS STATE CRIME Lab DePARTMENT That collected An sexual-Assault kit PREFoRM on The victim, on The day That The victim sTATed That The sexual Assault had occuRRed. ThereFoR The victim had given The shREwood Police DePARTMENT An pair oF her underwere, stated That she was wereing Those underwere when The sexual-Assault occuRRed. This eviDence collected From The shREwood Police DePARTMENT is "only" TRUE eviDence collected, From The victim is The only eviDence That will And would Also show That The PRoPosed Testing or ReTesting oF The specific EviDence MAY PRoDuce MATERIAL EviDence That would RAise A ReAsonAble PRobAbility That The person MAking A Motion under This section ARkANSAS code Ann.16-112-202 That This person DiD not commit The oFFense. The Petitoner Dose MEET the PRERequistes under Act 1780 That would DEMonstRATE That such Testing would

Produce Material evidence of his innocence as a whole. If the petitoner can have DNA testing preform on him And have the victims underwere which HAS evidence collected from the crime scene tested or Retested for examination to be preformed at the Arkansas State Crime Lab by the States criminolgist, It will now be able to produce new evidence would significantly Advance his claim of innocence And Also show the credibility of the victim And will Demonstrate such Material That will Exonerate the petitoner, in the CASE of 60-CR-22-1530, The Petitoner PRAYS That This Court Allowe The Testing or Retesting of DNA To be Done in This CASE. The petitoner Also Asserts The Following As Follows: (1) in The Advent of new Techologies enhancing The Ability To Analyze new scientific evidence which is the DNA on the Victims underwere: Arkansas code Annotated Section 16-112-201 Read As That if The person claims That: (1) scientific evidence not Available At Trial establishes The petitoners Actual innocence or The scientific predicate for The claim could not have been previously discovered through The exercise of due dillgence And The claim, if proven And viewed in light of The evidence As

A whole would be sufficient to establish by clear and convincing evidence that no reasonable fact-finder would find the petitioner guilty of the underlying offense. The petitioner also aserts if there could have been newer techologies used to have been tested the DNA on the victims underwere to be performed with a newer techologies of forensic DNA testing or other tests which may become available through advances in technology to potential to produce new noncumulative evidence materially relevant to the petitioner asseation of actual innocence Code Ann 16-112-202 Also this new testing of newer or more advaced technology will be enhancing the ability to analyze new scientific evidence which was there on the victims underwere but the techology use at the previse testing was not advaced enough to test the DNA on the victim's underwere that would produce evidence that would show that the victim's statement made to the Shrewood police department was an flase statement made! And that the petitoner never had any intercourse with her! And it will also show that there are not any mixtur's of DNA from the petitoner and the victim. If there has been intercourse with the petitoner

⑥

And the victim there would show a mixture of both the petitoner and the victim's DNA toother when intercourse is shared with two people the DNA always mix's toother to show some kind of intercourse has taken place, there would be a mixtur's of DNA in the victim's underwere. If the victim would have told the truth about an act of sexual intercourse taken place, she would have went to the police the same day and also would have taken an sexual assult kit to be perform on her and not made up an lie so that she could have waited over an week to make an fiase report on such an claim. The testing of the victim's underwere is the evidence secured at the crime scene in relation to the trial which resulted in the conviction. And the evidence was not subject to the testing because either the technology for the testing was not available at the time of the trial or the testing was not available as evidence at the time of the trail. The petitoner is requesting for the performance of an newer method or more advance forensic deoxyribonucleic acid testing or other tests which may become available through advances in technology to demonstrate the actual innocene of the

(7)

petitioner Also this will show (1) identity was an issue at trial (2) The evidence to be tested has been subject to A chain of custody sufficient to establish that it has not been substitued Tampered with, Replaced or Altered in Any material Aspect. The petitioner is Also Requesting A newer scientific method generally Accepted within the Relevant scientific community to be preformed on the evidence on Tested or Retesting That the court shall impose Reasonable condition's on the Testing designed to protect the state's interests in the integrity of the evidence And the Testing process. There maybe new genetic Markers that can be Tested now DNA genetic profile will show that, there Are not "Any" mixtors of the victim's DNA with the petitioners DNA or the codefendats DNA to be found on the victims underwere that will prove the petitioner never had sexual intercourse with the victim. Exhibit A will show the evidence that the petitioner is Requested to be Tested or Retested. Exhibit "A" will Also show the Last method ~~that was performed~~ ~~and the process~~ of Test preformed on the evidence. The petitioner is praying for this court to Alowe the petitioner to demonstrate within his "US" Rights

(5)

To have the evidence Tested or Retested with the performance of an newer method or/And more Advance forensic deoxyribonucleic Acid Testing or other Test Which may become Available Through Advances in Technology To demonstrate the Actual innocene of The petitoner. The petitoner is Requesting That This Court Please Take This Request As Significant in nature For The Appopriate Approval necessary Process can been preformed For The petitoner To beable To show his Actually innocent of The offense For Which he was covicted. The petitoner is Also praying For The court To "please" Take This Request As An very highly important Agenda To understand That this Approval of DNA Testing of The evidence of The victim's "underwere" Which Were Taken Away From The crimescene As highly important evidence Also The DNA Testing or/And Retesting will be beneficiary To provide Materially Relevant Evidence That will significantly Advance The petitoner claim of Actually innocence in light of All The Evidence Presented To The court. This will And Aidhe The petitoner To clear his name As An Whole. ARK code ANN 16-122-202

*Exhibit "A"*



# Arkansas State Crime Laboratory
P.O. Box 8500
3 Natural Resources Drive
Little Rock, Arkansas 72215

## DNA
### REPORT OF LABORATORY ANALYSIS



**Laboratory Services**
(501) 227-5747

Investigating Officer/Agency/Address:
Kayla Pledger
Sherwood Police Department
2201 East Kiehl Ave.
Sherwood, AR 72120

Suspect(s):
Frederick Robinson
Christopher Walls

Laboratory Case Number: 2020-027669
Agency Case Number: 2020-037382

Page 1 of 3

Victim(s):
Veronica Cunalata

DATE SCANNED 05/23/22 BHS

Date of Report: 08/27/2021

I do hereby attest and confirm, as specified by A.C.A 12-12-313, that the information listed below is a true and accurate report of the results of analysis performed on evidence received in a sealed condition at the Arkansas State Crime Laboratory. The results stated below relate only to the items tested and represent the interpretations/opinions of the undersigned analyst. This is only an official Arkansas State Crime Laboratory report when reproduced in full.

Only those items expressly detailed in the results below were analyzed for this report.

### SUPPLEMENTAL REPORT TO ORIGINAL DNA REPORT ON 07/30/2021

A portion of the evidence listed below has only been analyzed utilizing the Qiagen Investigator Quantiplex Pro Kit for DNA quantitation.

A portion of the evidence listed below has been analyzed utilizing the Promega PowerPlex Fusion 6C PCR kit for STR based human identification. The following loci have been examined: Amelogenin, D3S1358, D1S1656, D2S441, D10S1248, D13S317, Penta E, D16S539, D18S51, D2S1338, CSF1PO, Penta D, TH01, vWA, D21S11, D7S820, D5S818, TPOX, D8S1179, D12S391, D19S433, SE33, D22S1045, DYS391, FGA, DYS576, and DYS570.

The results and conclusions contained in this report are based on the utilization of the above quantitation data, autosomal and Y-STR markers and the 2017 NIST US Population database.

### Evidence Analyzed:

| | |
|---|---|
| Q01-TL(I) | Tape Lifts from Underwear (Inner)(Item #1) |
| Q01-TL(O) | Tape Lifts from Underwear (Outer)(Item #1) |
| Q02-9S | Cuttings from Sheet (Item #2) |
| Q03-5S/B | Cuttings from Blanket (Item #3) |
| Q03-6S | Cuttings from Blanket (Item #3) |

*[Handwritten: DNA ReTesting ReQuesting To be pReFoRme / DNA ReTesting To be pReFoRmed]*

### Results:

The DNA mixture obtained from Q01-TL(I) indicates the presence of DNA from at least two individuals and is inconclusive for comparative purposes due to the limited amount of DNA.

Q01-TL(O) did not contain a sufficient amount of DNA for further processing. It is noted that there was an indication of male DNA.

A DNA mixture consistent with originating from two individuals was obtained from Q02-9S. Major and minor components of this DNA mixture were able to be distinguished. The male major component of DNA identified on Q02-9S is consistent with the DNA extracted from K02, Blake Shadwick. The probabilities of selecting an unrelated individual at random having a DNA profile matching the DNA profile obtained from the major component of Q02-9S are approximately: 1 in 2.94 nonillion in the Caucasian Population, 1 in 2.97 nonillion in the Hispanic Population, 1 in 19.6 decillion in the Asian Population, and 1 in 8.13 undecillion in the African American Population.

The female minor component of DNA identified on Q02-9S is consistent with the DNA obtained from K01, Veronica Cunalata. The probabilities of selecting an unrelated individual at random having a DNA profile matching the DNA

## PART "2" OF EXHIBIT "A"

**Firearms Submissions**—By signing, I hereby certify all listed firearms are unloaded

Signature. _____   Date _____

HC / USPS / UPS / FedEx / DHL

### ARKANSAS STATE CRIME LABORATORY
### EVIDENCE SUBMISSION FORM (2 of 2)

*All fields required except where noted*   www.arkansas.gov/crimelab

ASCL Case # 2020 027669

Agency Case # 2020-037382

DATE SCANNED 05/23/2022 BHS

Evidence will be analyzed using a priority based system. List the priority of your evidence for analysis (1= highest)

| Evidence # | Evidence Description | Physical Evidence/DNA Requests: 1. List where item was collected 2. List who the item belongs to (if known) | Requested Service (refer to codes below) |
|---|---|---|---|
| 1 | Marker 3 panties | 1. Veronica's apartment  2. Veronica | PE/DNA |
| 2 | Marker 1 Sheet | 1. Veronica's bedroom  2. Veronica | PE/DNA |
| 3 | Marker 3 Blanket | 1. Veronica's bedroom  2. Veronica | PE/DNA |
| 4 | Veronica Cunlata DNA swab | 1. Mouth  2. Veronica | PE/DNA |
| 5 | Blake Shadwick DNA swab | 1. Mouth  2. Blake | PE/DNA |

*Handwritten overlay: "DNA Retesting To be Preformed"*

**Type of Analysis Requested:** PE/DNA

**Requested Service Codes:**
DE: Digital Evidence
DA: Drug Analysis
FA: Firearms / Tool Marks / NIBIN
IL: Illicit Laboratories
LP: Latent Prints
PE/DNA: Physical Evidence / DNA
TOX: Toxicology

Document ID ASCL-FORM-12_WD
Approved By Moran, Cindy; Buck, Jerry

Revision Date 06/19/2012

72

800-4

STATE OF ARKANSAS )
                  ) §
COUNTY OF Izard   )

## AFFIDAVIT

I, Christopher Walls, after first being duly sworn, do hereby swear, depose and state that: The Advent of new Technologies enhancing The Ability To Analyze new scientific evidence which is The DNA on The Victims underwere boat The Method or/And Technology used At The preverus Testing was not Advaced enough To Test The Amount of DNA on The Victims underwere That Would have had produced evidence That would be highly important And very beneficiary in nature As An Significant To produce evidence That intercourse had "never" Taken place with The Victim At Any Time With The Petitoner

I further swear that the statements, matters and things contained herein are true and accurate to the best of my knowledge, information and belief.

7-3-24
DATE

Christopher Walls
AFFIANT

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
SOCIAL SECURITY #

SUBSCRIBED AND SWORN TO BEFORE ME, a Notary Public, on this 3rd day of July, 2024.

NOTARY PUBLIC

My Commission Expires: 9-9-25

[Notary Seal: LONNY D. BROWN, COMM. EXP. 9-9-2025, No. 12696282, FULTON COUNTY, NOTARY PUBLIC - ARKANSAS]

800-4

STATE OF ARKANSAS )
                  ) §
COUNTY OF Izard   )

## AFFIDAVIT

I, Christopher Walls, after first being duly sworn, do hereby swear, depose and state that: There is newly Discovered evidence To be Found IF The Testing oR/And Retesting With The newer oR more Advaced ~~Retesting~~ Technology Method which may be Available Through Advances in Technology To potential To produce new noncumulative evidence materially Relevant To The petitioner Asseation of Actual innocence ARK Code ANN 16-112-202 by Approval of The Retesting on The DNA Found on The Victims underware Taken At The Crimescene.

I further swear that the statements, matters and things contained herein are true and accurate to the best of my knowledge, information and belief.

7-3-24
DATE

Christopher Walls
AFFIANT

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
SOCIAL SECURITY #

SUBSCRIBED AND SWORN TO BEFORE ME, a Notary Public, on this 3rd day of July, 2024.

NOTARY PUBLIC

My Commission Expires: 9-9-25

[Notary Seal: LONNY D. BROWN, COMM. EXP. 9-9-2025, No. 12696282, FULTON COUNTY, NOTARY PUBLIC - ARKANSAS]

800-4

STATE OF ARKANSAS )
)§
COUNTY OF Izard )

## AFFIDAVIT

I, Christopher Walls, after first being duly sworn, do hereby swear, depose and state that: There is newly Discovered Evidence To be Found IF The Testing or/And Retesting can be preformed on The Victim's underwere which was collected From The crimescene This is the "only" True And very highly importaant important beneficiary necessary material evidence Relating Thas has An significant in nature Agenda That will have Assistance in provening Evidence of Actual innocene of The petitoner. I can "not" serve Time For An crime That I did not committe!

I further swear that the statements, matters and things contained herein are true and accurate to the best of my knowledge, information and belief.

7-3-24
DATE

Christopher Walls
AFFIANT

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
SOCIAL SECURITY #

SUBSCRIBED AND SWORN TO BEFORE ME, a Notary Public, on this 3rd day of July, 2024.

NOTARY PUBLIC

My Commission Expires: 9-9-25

[Notary Seal: LONNY D. BROWN, COMM. EXP. 9-9-2025, No. 12696282, FULTON COUNTY, NOTARY PUBLIC - ARKANSAS]

800-4

STATE OF ARKANSAS     )
                      ) §
COUNTY OF Izard       )


### AFFIDAVIT

I, Christopher Walls, after first being duly sworn, do hereby swear, depose and state that: There is newly Discovered evidence To be found IF MY DNA can be Tested To The DNA Found on The victim's underwere provide evidence That The victim had made Flase Statements To The police About Intercourse with The petitoner Taken place At Any Time, Also This will show why The victim "didn't" Take An Sexual Assault Kit During The investigation for The "True" Purpose To Demonstrate The identity of An so called perpetrator's During The investigation And prosecution.

I further swear that the statements, matters and things contained herein are true and accurate to the best of my knowledge, information and belief.

7-3-24
DATE

Christopher Walls
AFFIANT

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
SOCIAL SECURITY #

SUBSCRIBED AND SWORN TO BEFORE ME, a Notary Public, on this 3rd day of July, 2024.

NOTARY PUBLIC

My Commission Expires: 9-9-25

[Notary Seal: LONNY D. BROWN, COMM. EXP. 9-9-2025, No. 12696282, FULTON COUNTY, NOTARY PUBLIC - ARKANSAS]

STATE OF ARKANSAS       )
                        ) SS
COUNTY OF Izard         )


SUBSCRIBED AND SWORN TO BEFORE ME, a Notary Public, on this 3rd day of July, 2024.

_____
NOTARY PUBLIC

My Commission Expires: 9-9-25

[Seal: LONNY D. BROWN, COMM. EXP. 9-9-2025, No. 12696282, FULTON COUNTY, NOTARY PUBLIC - ARKANSAS]

### CERTIFICATE OF SERVICE

This is to certify that on this 3RD day of July, 2024, a copy of the foregoing motion was mailed to the Prosecuting Attorney for Pulaski County.

Christopher Wall
PETITIONER
ADC # 130026

3/8/17 (ADC)

ATTACH:
MOTION TO TRANSPORT BY SHERIFF
ORDER TO TRANSPORT BY SHERIFF
POSTCONVICTION COVER SHEET

File in County where you were convicted.

3/8/17 (ADC)