**RESPONDENT'S EXHIBIT B**

ELECTRONICALLY FILED
Pulaski County Circuit Court
Terri Hollingsworth, Circuit/County Clerk
2024-Sep-03  09:21:51
60CR-22-1580
C06D01 : 2 Pages

IN THE CIRCUIT COURT OF PULASKI COUNTY, ARKANSAS
FIRST DIVISION

**CHRISTOPHER WALLS**                                                                 **PETITIONER**

v.                                              60CR-22-1580

                                                                                        **RESPONDENT**
**STATE OF ARKANSAS**

### ORDER DENYING HABEAS CORPUS PETITION

Comes now the Court on the Petitioner Christopher Walls *pro se* Habeas Corpus Petition (filed 07/30/24) and based upon a review of Petitioner's pleading and the files and records of the above styled case, the court hereby finds the Petition DENIED.

Petitioner files this Petition under Act 1780 of the 2001 Acts of Arkansas that provides that a writ may be issued based upon new scientific evidence proving a person is actually innocent of the offense for which he or she was convicted. A person seeking testing under this act must first present a *prima facie* case that identity was an issue during investigation or prosecution. Ark. Code Ann. § 16-112-202 (7). A guilty plea settles the issue of identity at trial and thus the requirements of Ark. Code Ann. § 16-112-202 have not been met. Graham v. State, 358 Ark. 296 at 298, 188 S.W.3d 893, 896. There is no assertion in the petition that identity was at issue during the investigation of the case. Petitioner only argues that the credibility of the victim could be impacted.

Further, Petitioner appears to assert that DNA testing was done on the requested evidence, but that it was inconclusive due to the size of the sample. Petitioner does not identify

any specific new method or technology that would be able to more accurately test the sample at issue. Ark. Code Ann. § 16-112-202(4).

A petitioner is not entitled to a hearing when the files and records of the proceeding conclusively show that the petitioner is entitled to no relief. Ark. Code Ann. § 16-112-205(a). Here, because Petitioner has not made any showing that identity was at issue during prosecution or investigation, and because he has not identified any new testing method that is substantially more probative than prior testing, this Petition is denied without a hearing.

**IT IS SO ORDERED.**

_____
HONORABLE LEON JOHNSON

8/29/24
_____
DATE