ELECTRONICALLY FILED
Pulaski County Circuit Court
Terri Hollingsworth, Circuit/County Clerk
2024-Oct-08 13:39:59
60CR-22-1580
C06D01 : 23 Pages

**RESPONDENT'S EXHIBIT C**

# IN THE CIRCUIT COURT OF PULASKI COUNTY, ARKANSAS
## FIRST DIVISION

CHRISTOPHER WALLS #130026                 PETITIONER

v.                CASE No. 60CR-22-1580

STATE OF ARKANSAS                 RESPONDENT


## PETITION FOR WRIT OF HABEAS CORPUS
## PURSUANT TO ACT 1780 AND A.C.A. 816-112-201

Comes the Petitioner, CHRISTOPHER WALLS, pro-se, and for his second successive Petition For Writ of Habeas Corpus, states the following:

## BACKGROUND

1.)    Petitioner was arrested and jailed on January 25, 2022, in Pulaski County, Arkansas, for the rape of Veronica Cunalata, on December 9, 2020, in violation of A.C.A. 85-14-123.

2.)    On August 16, 2022, with the advice of his public defender attorney, Petitioner entered a negotiated plea of nolo contendere to a reduced charge of Sexual Assault In The Second Degree, in violation of A.C.A. 85-14-125, in the Circuit Court of Pulaski County, Arkansas, Case No. 60CR-22-1580. (See Sentencing Order on pages 11-12). He was sentenced to 120 months (10 years) in the ADC.

## LEGAL FACTS

3.) Under statutes governing habeas corpus based on new scientific evidence, a writ of habeas corpus may be issued on the basis of new scientific evidence proving a person actually innocent of the offense for which he was convicted. McArty v State, 2020 Ark. 68, 594 S.W. 3d 54 (2020).

4.) A trial court can order scientific testing postconviction when the proposed testing of the specific evidence may produce new material evidence that would support the theory of defense and raise a reasonable probability that the defendant did not commit the offense. Wells v State, 2017 Ark. 88, 513 S.W. 3d 834 (2017).

5.) A petitioner for writ of habeas corpus based on new scientific evidence is required to demonstrate that the identity of the perpetrator was at issue during the investigation and prosecution of the offense being challenged. McArty v State, 2020 Ark. 68, 594 S.W. 3d 54 (2020).

6.) Defendant's Alford plea to murders of three eight-year-old victims did not automatically bar him from seeking additional post conviction DNA testing of ligatures used to bind victims, based on new DNA collection technology, under statute governing such request in order to prove actual innocence of crime of conviction, which required petitioner to make prima facie showing that perpetrator's identity was issue at trial, where admission of guilt was not inherent in Alford plea. Echols v State, 2024 Ark. 61, 686 S.W. 3d 790.

7.) A.C.A. § 16-112-201(a), provides "Except when direct appeal is

(2.)

available, a person convicted of a crime may commence a proceeding to secure relief by filing a petition in the court in which the conviction was entered to vacate and set aside the judgment and to discharge the petitioner or to resentence the petitioner or grant a new trial or correct the sentence or make other disposition as may be appropriate, if the person claims under penalty of perjury that :

(1) Scientific evidence not available at trial establishes the petitioner's actual innocence ; or .....

8) The specific evidence was previously subjected to testing and the person making a motion under this section requests testing that uses a new method of technology that is substantially more probative than the prior testing. A.C.A. 16-112-202(3).

9.) The specific evidence to be tested is in the possession of the state and has been subject to a chain of custody and retained under conditions sufficient to ensure that the evidence has not been substituted, contaminated, tampered with, replaced, or altered in any respect material to the proposed testing. A.C.A. 3 16-112-202(4).

10.) The person making a motion under this section identifies a theory of defense that :

(A) Is not inconsistent with an affirmative defense presented at the trial of the offense being challenged under 3 16-112-201; and

(B) Would establish the actual innocence of the person in relation to the offense being challenged under 3 16-112-201.

11) The identity of the perpetrator was at issue during the

(3.)

investigation or prosecution of the offense being challenged under § 16-112-201. A.C.A. § 16-112-202(7)

12.) The proposed testing is reasonable in scope, utilizes scientifically sound methods, and is consistent with accepted forensic practices. A.C.A. § 16-112-202(5).

13.) The person making a motion under this section certifies that he or she will provide a deoxyribonucleic acid (DNA) or other sample or a fingerprint for comparison; A.C.A. § 16-112-202(6)

14.) There shall be a rebuttable presumption of timeliness for any motion not made within thirty-six (36) months of the date of conviction. The presumption may be rebutted upon a showing "That a new method of technology that is substantially more probative than prior testing is available. A.C.A. § 16-112-202(10)(B)(iv).

## JURISDICTION/VENUE

15.) Jurisdiction and Venue are proper in the Pulaski County, Arkansas Circuit Court because a petition for writ of habeas corpus based on new scientific evidence is proper when filed in the circuit court of the county of conviction. Muldrow v. Kelley, 2018 Ark. 126, 542 S.W.3d 856; Hill v Kelley, 2018 Ark. 118, 542 S.W.3d 852.

## PRIOR PROCEEDINGS

16.) Petitioner submitted a prior petition for writ of habeas

(4.)

corpus pursuant to Act 1780 of 2001, but at the time, he had no knowledge or understanding of what he was expected to do and the burden of proof he had to overcome. Petitioner doesn't remember the exact filing date, but the Order Denying Habeas Corpus Petition was signed by the Honorable Leon Johnson on 8/29/24 and filed on September 3, 2024.

   Petitioner has since read the pertinent statutes, A.C.A. §§16-112-201-208, and hopes this Petition will better represent his meaningful intentions.

## DISCUSSION

17.)   Part of the investigation that was performed by the Sherwood, Arkansas Police Department was the collection of all the evidence alleged to have Petitioner's DNA on it, that would positively identify him as one (1) of two (2) perpetrator's that alledgedly raped the victim, Veronica Cunalata

18.)   Detective Kayla Pledger, of the Sherwood, Arkansas Police Department, collected several samples that the Arkansas State Crime Laboratory tested for possible matches of DNA to collaborate the victim's accusations. They were identified as: K01-Oral Swabs from victim, Veronica Cunalata (item #4);
   K02-Oral Swabs from boyfriend, Blake Shadwick (item #5);
   K03-Oral Swabs from suspect, Frederick Robinson (item #7);
   Q01- Underwear from Veronica Cunalata (item #1);
   Q02-Sheet from Veronica Cunalata (item #2); and
   Q03- Blanket from Veronica Cunalata (item #3)
(See Lab Report dated March 19, 2021, on page 13).

(5.)

19.) A Lab Report was issued on July 30, 2021, that gave a list of items that was analyzed for a DNA match that would confirm Veronica Cunalata's accusation of Rape against the Petitioner. They were identified as:

Q03-26S/B   Cuttings from Blanket (item 3)
Q03-31S     Cuttings from Blanket (item 3)
Q03-39S/B   Cuttings from Blanket (item 3)
K01         Known Oral Swabs from Veronica Cunalata (item 4)
K02         Known Oral Swabs from Blake Shadwick (item 5)
K03         Known Oral Swabs from Frederick Robinson (item 7)

There was no indication that Petitioner's DNA was present on any of the items analyzed. (See pages 14-15).

20.) Another Lab Report was issued on August 27, 2021. The items that were analyzed for a DNA match to Petitioner were:

Q01-TL(I)   Tape Lifts From Underwear (Inner)(item #1)
Q01-TL(O)   Tape Lifts From Underwear (Outer)(item #1)
Q02-9S      Cuttings From Sheet (item #2)
Q03-5S/B    Cuttings From Blanket (item #3)
Q03-6S      Cuttings From Blanket (item #3)

There was no indication that Petitioner's DNA was present on any of the items analyzed (See pages 16-18).

21.) A Lab Report was issued on September 27, 2021, that indicated that Petitioner's DNA was found on item Q03-5S/B, Cutting from Blanket.

The Report went on to say that Petitioner was "excluded as a contributor to the DNA mixture obtained from Q02-9S, the male major component from Q03-6S, the male major component obtained from Q03-26S/B, the DNA mixture obtained from Q03-29S,

(6.)

the male major and female intermediate components obtained from Q03-29S, the male major component obtained from Q03-32S/B, the DNA profile obtained from Q03-37S/B, and the male major component obtained from Q03-39S/B."

The Conclusion in this Report states that the "male DNA identified on the intermediate component on Q03-5S/B (blanket cuttings), originated from Christopher Walls, the Petitioner, within all scientific certainty. (See pages 19-20).

22.)    The final Lab Reports were dated October 1, 2021. The items that were analyzed for a DNA match to Petitioner were:
Q03-29S   Cuttings From Blanket of Veronica Cunalata (item#3)
Q03-32S/B Cuttings From Blanket of Veronica Cunalata (item#3)
Q03-37S/B Cuttings From Blanket of Veronica Cunalata (item#3)
There was no indication that Petitioner's DNA was present on any of the items analyzed. (See pages 21-22).

23.)    Petitioner's DNA profile was excluded from the following items that were analyzed by the Arkansas Crime Lab:
Q02-9S  Cuttings from Sheet - Veronica Cunalata
Q03-6S   Blanket - Veronica Cunalata
Q03-26S/B  Blanket - Veronica Cunalata
Q03-29S    Blanket - Veronica Cunalata
Q03-32S/B  Blanket - Veronica Cunalata
Q03-37S/B  Blanket - Veronica Cunalata
Q03-39S/B  Blanket - Veronica Cunalata

24.)    The only items that are not identifiable as not being able to provide a DNA profile to any specific individual are:
Q03-31S Blanket, Q01-TL(I), and Q01-TL(0), the Inner

(7.)

and Outer sides of Veronica Cunalata's underwear.

25.) The only item that Petitioner's DNA is on is a portion of a blanket. It was admitted to by the victim that Petitioner had spent the night in her home. It's obvious that he was given a blanket to cover himself with. It was December!

26.) Petitioner Knows for a fact that he did not have any Kind of sexual activity with Veronica Cunalata, the alleged victim in this case.

27.) Petitioner requests that this Court grant him permission to have a new DNA-collection method Known as the "M-Vac" method, that is a wet-vacuum-based procedure.

28.) In Echols v State, 2024 Ark. 61, 686 S.W. 3d 790, 795 (2024), the circuit court reasoned that, "[O]ur General Assembly did not make scientific testing based on new technology an independent form of post-conviction relief. Instead, the legislature amended statutory law to make scientific testing based on new technology a form of habeas corpus relief."

29.) Petitioner claims that identity was an issue at trial. Id. at 796. That's the reason for his plea of "nolo contendere." (See Sentencing Order on page 11).

30.) Petitioner's DNA was only conclusively found on a part of a blanket identified as Q03-5SB.
      Petitioner's DNA profile was completely excluded from everything else that was tested, except for three (3) items,

because there was not enough DNA present to make a determination that would positively identify the perpetrator(s).

## RELIEF REQUESTED

31.) Petitioner states under oath that he is innocent of the crimes perpetrated against Veronica Cunalata.

32.) For this reason and in the interest of justice and full disclosure, Petitioner requests that this Court order the "M-Vac", wet-vacuum-based DNA collection method performed on the three (3) items previously tested, in order to eliminate Petitioner as a suspect, and hopefully, identify the true sex offender. Petitioner seeks only to clear his name from a sex offense.

33.) The identification of the items Petitioner requests for re-testing under the new technology is:
Q03-31S Blanket - Veronica Cunalata
Q01-TL(I) Tape Lifts from Veronica Cunalata underwear (inner)
Q01-TL(0) Tape Lifts from Veronica Cunalata underwear (outer)

Respectfully submitted,
Christopher Walls
Christopher Walls #130026
#70 Prison Circle
Calico Rock, AR 72519

(9.)

## AFFIDAVIT / VERIFICATION

I, Christopher Walls #130026, the Petitioner herein, do hereby certify under penalty of perjury that all the facts and statements contained in the foregoing document are true and correct to the best of my Knowledge and belief.

Christopher Walls
Christopher Walls #130026

STATE OF ARKANSAS )
                  ) &
COUNTY OF IZARD   ).

SUBSCRIBED AND SWORN TO BEFORE ME, a Notary Public, on this 30th day of September, 2024.

My Commission Expires: 9-5-2029

NOTARY PUBLIC

## CERTIFICATE OF SERVICE

Per A.C.A. 316-112-203(d), it is the Circuit Clerks responsibility to deliver a copy of this Petition to the Prosecuting Attorney and to the Attorney General.

Christopher Walls
Christopher Walls
#130026,
Pro-se Petitioner

(10.)

**SENTENCING ORDER**

ELECTRONICALLY FILED
Pulaski County Circuit Court
Terri Hollingsworth, Circuit/County Clerk
2022-Sep-12  11:33:15
60CR-22-1580
C06D01 : 3 Pages

IN THE CIRCUIT COURT OF  **Pulaski**    COUNTY, ARKANSAS,

**SIXTH**    JUDICIAL DISTRICT    **1** DIVISION

On    8/16/2022    the Defendant appeared before the Court, was advised of the nature of the charge(s), of Constitutional and legal rights, of the effect of a guilty plea upon those rights, and of the right to make a statement before sentencing.

## Offender

| Defendant [Last, First, MI] | Walls, Christopher Edward | | DOB | 6/16/1980 | Sex ☑ Male ☐ Female | Total Number of Counts | 1 |

| SID# | 745621 | Race & Ethnicity ☐ Pacific Islander | ☐ White ☐ Other | ☑ Black ☐ Unknown | ☐ Asian ☐ Hispanic | ☐ Native American |

Supervision Status at Time of Offense    **PROBATION**

## Court Info

| Judge | LEON JOHNSON | File Stamp |
| Prosecuting Attorney/Deputy | Melissa Kalmer | |

Defendant's Attorney    **LOU MARCZUK**    ☐ Private ☑ Public Defender    ☐ Appointed ☐ Pro Se

Change of Venue  ☐ Yes ☑ No
If Yes, from:

## Legal Statements

☐ Pursuant to A.C.A.    ☐ §16-93-301 et seq., or    ☐ _____ this Court, without making a finding of guilt or entering a judgment of guilt and with the consent of the Defendant defers further proceedings and places the Defendant on probation.

There being no legal cause shown by the Defendant, as requested, why judgment should not be pronounced, a judgment:

☐ is hereby entered against the Defendant on each charge enumerated, fines levied, and court costs assessed. Defendant was advised of the conditions of the sentence and/or placement on probation and understands the consequences of violating those conditions. The Court retains jurisdiction during the period of probation/suspension and may change or set aside the conditions of probation/suspension for violations or failure to satisfy Division of Community Correction (A.C.C.) rules and regulations.

☑ of conviction is hereby entered against the Defendant on each charge enumerated, fines levied, and court costs assessed. The Defendant is sentenced to the Arkansas Division of Correction (A.D.C.) for the term specified on each offense shown below.

Defendant made a voluntary, knowing and intelligent waiver of right to counsel.    ☐ Yes ☑ No

## Offense #1: Most Serious Offense

| A.C.A. # / Name of Offense    5-14-125 - SEXUAL ASSAULT IN THE SECOND DEGREE | Case #  2022-1580 |

| A.C.A. # Orig. Charge  5-14-103 | ATN  PCS102751696 | Offense was ☐ Nolle Prossed ☐ Dismissed ☐ Acquitted |

| Offense Date    12/9/2020 | Appeal from District Court ☐ Yes ☑ No | Probation/SIS Revocation  ☐ Yes ☑ No |

| Criminal History Score | 4 | Seriousness Level | 6 | Offense is ☑ Felony ☐ Misd. ☐ Violation | Offense Classification ☐ Y ☐ A ☑ B ☐ C ☐ D ☐ U |

Presumptive Sentence  ☑ Prison Sentence of    84 to    108 months    ☐ Community Corrections Center    ☐ Alternative Sanction

| Number of Counts | 1 | Defendant ☐ Attempted ☐ Solicited ☐ Conspired to Commit the Offense |

Defendant Sentence
☑ ADC ☐ Jud Trans ☐ Cnty Jail

| If probation or SIS accompanied by period of confinement, state time: _____ days _____ mths |

| Imposed | 120 months | Sentence was enhanced _____ months, pursuant to A.C.A. _____ |
| Probation | 0 months | Enhancement(s) is to run ☐ Concurrent ☐ Consecutive |
| SIS | 0 months | Defendant was sentenced as a habitual offender, pursuant to A.C.A.§ 5-4-501, subsection |
| Other ☐ Life ☐ LWOP ☐ Death | | ☐ (a) ☑ (b) ☐ (c) ☐ (d) |

| Victim Information [Multiple Victims ☐ N/A ☑ Yes ☐ No] | Age 22 | Sex ☐ Male ☑ Female | Race & Ethnicity ☐ Pacific Islander | ☑ White ☐ Other | ☐ Black ☐ Unknown | ☐ Asian | ☐ Native American ☐ Hispanic |

Defendant voluntarily, intelligently and knowingly entered a
☑ negotiated plea of    ☐ guilty ☐ nolo contendere
☐ plea directly to the court of    ☐ guilty ☐ nolo contendere

Defendant    ☐ §16-93-301 et seq.
☐ was sentenced pursuant to    ☐ Other
☐ entered a plea and was sentenced by a jury.
☐ was found guilty by the court & sentenced by    ☐ court ☐ jury
☐ was found guilty at a jury trial & sentenced by    ☐ court ☐ jury
☐ was found guilty of lesser offense by    ☐ court ☐ jury

| Sentence is a Departure ☐ Yes ☐ No ☑ N/A | Sentence Departure ☐ Durational ☐ Dispositional ☐ Both |
| | If Durational, state how many months above/below the Presumptive Sentence    0 |

Departure Reason    Mitigating # _____    or Aggravating #  17    (For Agg #17, Mit #9 or departure from guidelines, explain)
PURSUANT TO NEG'D PLEA

Sentence will run  ☐ Consecutive  ☑ Concurrent    to Offense # _____    or to Case #  SEE ADDITIONAL INFO

(11)

Defendant's Full Name:  Walls, Christopher Edward

## Special Conditions

### Sex Offenses

Defendant has been adjudicated guilty of an offense requiring sex offender registration and must complete the Sex Offender Registration Form and pay the Mandatory Sex Offender Fee of $250.
☑ Yes  ☐ No

Defendant has committed an aggravated sex offense as defined in A.C.A. §12-12-903
☐ Yes  ☐ No

Defendant is alleged to be a sexually dangerous person and is ordered to undergo an evaluation at a facility designated by A.D.C. pursuant to A.C.A. §12-12-918.
☐ Yes  ☐ No

Defendant has been adjudicated guilty of an offense requiring registration and has previously been adjudicated guilty of a prior sex offense under a separate case number. If yes, list prior case numbers.
☑ Yes  ☐ No   Case Number(s)  60CR-18-4796

### DNA Sample / Qualifying Offenses

Defendant has been adjudicated guilty of a qualifying offense or repeat offense as defined in A.C.A. §12-12-1103.    ☑ Yes  ☐ No
Defendant is ordered to have a DNA sample drawn at
☐ an A.C.C. Facility  ☑ the A.D.C.  ☐ Other

### Domestic Violence Offenses

Defendant has been adjudicated guilty of a domestic-violence related offense and must pay additional court costs of $25 pursuant to A.C.A. §16-10-305 of 2017.
☐ Yes  ☑ No

Defendant was originally charged with a domestic-violence related offense.
☐ Yes  ☑ No

If Yes, state the A.C.A. # of the Offense

If Yes to either question, identify the relationship of the victim to the Defendant by offense number.

### Drug Crime

Defendant has been adjudicated guilty of a drug crime as defined in A.C.A. §12-17-101.
☐ Yes  ☑ No

## Fines, Fees, Restitution

| | |
|---|---|
| Court Costs | NO |
| Fines | |
| Booking/Admin Fees ($40) | |
| Drug Crime Assessment Fee ($125) | |
| DNA Sample Fee ($250) | |
| Children's Advocacy Center Fund Fee | |
| Public Defender Attorney Fee | |
| Other (explain below) | $0.00 |

**Restitution**

Payable to (If multiple beneficiaries, give names and payment priority)

Terms  ☐ Due Immediately
☐ Installments of:

☐ Payments must be made within _____ days of release from A.D.C.
☐ Upon release from confinement, Defendant must return to court to establish payment of restitution.
☐ Restitution is joint and several with co-defendant(s) who was found guilty. List name(s) and case number(s).

## Sentence Options

Defendant was convicted of a target offense(s) and is sentenced pursuant to provisions of the Community Punishment Act.  ☐ Yes  ☑ No

**Extended Juvenile Jurisdiction Applied**

The Court hereby orders a judicial transfer to the Department of Community Correction.  ☐ Yes  ☑ No

Pursuant to Community Punishment Act, the defendant shall be eligible to have his/her records sealed.  ☐ Yes ☑ No

☐ Yes  ☑ No

| JAIL TIME CREDIT In days:  113 | TOTAL TIME TO BE SERVED FOR ALL OFFENSES In months:  120  ☐ Life ☐ LWOP | Death Penalty ☐ Yes ☑ No | If Yes, State Execution Date |

DEFENDANT IS ASSIGNED TO:  ☑ ADC  ☐ ADC, Admin. Transfer NOT Authorized   ☐ CCC  ☐ COUNTY JAIL  ☐ PROBATION  ☐ SIS

Conditions of disposition or probation are attached.  ☐ Yes  ☑ No

A copy of the Pre-sentence investigation on sentencing information is attached  ☐ Yes  ☑ No
A copy of the Prosecutor's Short Report is attached  ☑ Yes  ☐ No

☐ Defendant is subject to delayed release pursuant to A.C.A. §5-4-405.

DEFENDANT WAS INFORMED OF APPELLATE RIGHTS  ☑ Yes  ☐ No   Appeal Bond  $

The County Sheriff is hereby ordered to :  ☐ transport the defendant to county jail   ☐ take custody for referral to CCC  ☑ transport to ADC

Defendant shall report to DCC probation officer for report date to CCC  ☐ Yes  ☑ No

## Signature

Prosecuting Attorney/Deputy Signature:  *Melissa Kalmer*    Date: 09-01-22   Print Name:  Melissa Kalmer

Circuit Judge Signature:    Date:   Print Name:  LEON JOHNSON

**Additional Info**
NOLLE STRIKER; DEFENDANT IS NOT PAROLE ELIGIBLE UNDER 16-93-609 (b)(1); CONCURRENT TO CASES: 60CR-22-16; 22-805; 16-61; 18-1451; 1P 4796

(12)





# Arkansas State Crime Laboratory
P.O. Box 8500
3 Natural Resources Drive
Little Rock, Arkansas 72215
### *Physical Evidence*
### *REPORT OF LABORATORY ANALYSIS*



Laboratory Services
(501) 227-5747

| Investigating Officer/Agency/Address: | Laboratory Case Number: 2020-027669 | Page 1 of 1 |
|---|---|---|
| Kayla Pledger | Agency Case Number: 2020-037382 | |

Kayla Pledger
Sherwood Police Department
2201 East Kiehl Ave.
Sherwood, AR 72120

Suspect(s):                                                Victim(s):

Frederick Robinson                               Veronica Cunalata
Christopher Walls

Date of Report: 03/19/2021

I do hereby attest and confirm, as specified by A.C.A 12-12-313, that the information listed below is a true and accurate report of the results of analysis performed on evidence received in a sealed condition at the Arkansas State Crime Laboratory. The results stated below relate only to the items tested and represent the interpretations/opinions of the undersigned analyst. This is only an official Arkansas State Crime Laboratory report when reproduced in full.

Only those items expressly detailed in the results below were analyzed for this report.

**RESULTS:**

| | | BLOOD | SEMEN |
|---|---|---|---|
| K01 | Known Oral Swabs- Veronica Cunalata (Item #4) | | |
| K02 | Known Oral Swabs- Blake Shadwick (Item #5) | | |
| K03 | Known Oral Swabs- Frederick Robinson (Item #7) | | |
| Q01 | Underwear-Veronica Cunalata (Item #1) | | ---- |
| Q02 | Sheet- Veronica Cunalata (Item #2) | | + sperm cell(s) |
| Q03 | Blanket- Veronica Cunalata (Item #3) | | + sperm cell(s) |

**FURTHER EXPLANATION OF RESULTS:**

Appropriate samples are being submitted for DNA testing. If a DNA profile is developed, known oral swabs are needed from any developed suspect(s).

RETAINED SAMPLES:
Item(s) K01, K02, and K03
Cutting(s) from Q01, Q02, and Q03
Tape lift(s) from Q01, Q02, and Q03

**Lennon Bates, Forensic Serologist II**
*lennon.bates@crimelab.arkansas.gov*

Emma - Crime Lab
501- 683- 6220

(13)



# Arkansas State Crime Laboratory
P.O. Box 8500
3 Natural Resources Drive
Little Rock, Arkansas 72215
*DNA*
*REPORT OF LABORATORY ANALYSIS*

Laboratory Services
(501) 227-5747

| Investigating Officer/Agency/Address: | | |
|---|---|---|
| Kayla Pledger | Laboratory Case Number: 2020-027669 | Page 1 of 3 |
| Sherwood Police Department | Agency Case Number: 2020-037382 | |
| 2201 East Kiehl Ave. | | |
| Sherwood, AR 72120 | | |

Suspect(s):                                          Victim(s):
Frederick Robinson                          Veronica Cunalata
Christopher Walls

Date of Report: 07/30/2021

I do hereby attest and confirm, as specified by A.C.A 12-12-313, that the information listed below is a true and accurate report of the results of analysis performed on evidence received in a sealed condition at the Arkansas State Crime Laboratory. The results stated below relate only to the items tested and represent the interpretations/opinions of the undersigned analyst. This is only an official Arkansas State Crime Laboratory report when reproduced in full.

Only those items expressly detailed in the results below were analyzed for this report.

**The evidence listed below has been analyzed utilizing the Promega PowerPlex Fusion 6C PCR kit for STR based human identification. The following loci have been examined: Amelogenin, D3S1358, D1S1656, D2S441, D10S1248, D13S317, Penta E, D16S539, D18S51, D2S1338, CSF1PO, Penta D, THO1, vWA, D21S11, D7S820, D5S818, TPOX, D8S1179, D12S391, D19S433, SE33, D22S1045, DYS391, FGA, DYS576, and DYS570.**

**All results and conclusions contained in this report are based on the utilization of the above autosomal and Y-STR markers and the 2017 NIST US Population database.**

## Evidence Analyzed:

| | |
|---|---|
| Q03-26S/B | Cuttings from Blanket (Item #3) |
| Q03-31S | Cuttings from Blanket (Item #3) |
| Q03-39S/B | Cuttings from Blanket (Item #3) |
| K01 | Known Oral Swabs from Veronica Cunalata (Item #4) |
| K02 | Known Oral Swabs from Blake Shadwick (Item #5) |
| K03 | Known Oral Swabs from Frederick Robinson (Item #7) |

## Results:

DNA mixtures consistent with originating from two individuals were obtained from Q03-26S/B and Q03-39S/B. Major and minor components of these DNA mixtures were able to be distinguished. The male major component of DNA identified on Q03-26S/B and Q03-39S/B is consistent with the DNA extracted from K02, Blake Shadwick. The probabilities of selecting an unrelated individual at random having a DNA profile matching the DNA profile obtained from the major components of Q03-26S/B and Q03-39S/B are approximately: 1 in 2.94 nonillion in the Caucasian Population, 1 in 2.97 nonillion in the Hispanic Population, 1 in 19.6 decillion in the Asian Population, and 1 in 8.13 undecillion in the African American Population.

The minor components of DNA identified on Q03-26S/B and Q03-39S/B are inconclusive for comparative purposes due to the limited amount of DNA.

A DNA mixture consistent with originating from three individuals was obtained from Q03-31S. Major, intermediate, and minor components of this DNA mixture were able to be distinguished. The male major component of DNA identified on Q03-31S is consistent with the DNA extracted from K02, Blake Shadwick. The probabilities of selecting an unrelated individual at random having a DNA profile matching the DNA profile obtained from the major component of Q03-31S are approximately: 1 in 68.3 octillion in the Caucasian Population, 1 in 37.5 octillion in the Hispanic Population, 1 in 292 nonillion in the Asian Population, and 1 in 179 decillion in the African American Population.

The female intermediate component of DNA identified on Q03-31S is consistent with the DNA obtained from K01, Veronica Cunalata. The probabilities of selecting an unrelated individual at random having a DNA profile matching the

ANAB
ANSI National Accreditation Board
ACCREDITED
ISO/IEC 17025
FORENSIC TESTING LABORATORY
SINCE DECEMBER 13, 2004

DATE SCANNED 05/23/2022 BHS

(14)



# Arkansas State Crime Laboratory
P.O. Box 8500
3 Natural Resources Drive
Little Rock, Arkansas 72215
DNA
*REPORT OF LABORATORY ANALYSIS*

Laboratory Services
(501) 227-5747

| Investigating Officer/Agency/Address: | | |
|---|---|---|
| Kayla Pledger | Laboratory Case Number: 2020-027669 | Page 2 of |
| Sherwood Police Department | Agency Case Number: 2020-037382 | |
| 2201 East Kiehl Ave. | | |
| Sherwood, AR 72120 | | |
| Suspect(s): | Victim(s): | |
| Frederick Robinson | Veronica Cunalata | |
| Christopher Walls | | |

Date of Report: 07/30/2021

I do hereby attest and confirm, as specified by A.C.A 12-12-313, that the information listed below is a true and accurate report of the results of analysis performed on evidence received in a sealed condition at the Arkansas State Crime Laboratory. The results stated below relate only to the items tested and represent the interpretations/opinions of the undersigned analyst. This is only an official Arkansas State Crime Laboratory report when reproduced in full.

Only those items expressly detailed in the results below were analyzed for this report.

DNA profile obtained from the intermediate component of Q03-31S are approximately: 1 in 205 octillion in the Caucasian Population, 1 in 5.25 octillion in the Hispanic Population, 1 in 124 octillion in the Asian Population, and 1 in 5.5 nonillion in the African American Population.

The minor component of the DNA mixture identified on Q03-31S is inconclusive for comparative purposes due to the limited amount of DNA.

K01, Veronica Cunalata, is excluded as a contributor to the major component of the DNA mixtures obtained from Q03-26S/B and Q03-39S/B.

K03, Frederick Robinson, is excluded as a contributor to the major component of the DNA mixtures obtained from Q03-26S/B, Q03-31S, Q03-39S/B the intermediate component of the DNA mixture obtained from Q03-31S.

## Conclusion:

The DNA identified on the major component of Q03-26S/B, Q03-31S and Q03-39S/B originated from K02, Blake Shadwick, within all scientific certainty.

The DNA identified on the intermediate component of Q03-31S originated from K01, Veronica Cunalata, within all scientific certainty.

The following profile(s) have been entered into CODIS: no evidentiary profiles were eligible.

If further testing is needed, two oral swabs are requested from any developed suspect(s).

Samples have been retained.

*Emma K. Fort*

**Emma K Fort, Forensic DNA Analyst II**
*Emma.Fort@crimelab.arkansas.gov*

*DNA profiles, as noted above, have been entered into and/or searched against the Combined DNA Index System (CODIS) in accordance with state and national regulations. Notification will be issued to the investigating agency if any investigative leads are generated or if a profile is removed from CODIS at any time in the future.*

(15)

5



# Arkansas State Crime Laboratory
P.O. Box 8500
3 Natural Resources Drive
Little Rock, Arkansas 72215

Laboratory Services
(501) 227-5747



## DNA
### *REPORT OF LABORATORY ANALYSIS*

| Investigating Officer/Agency/Address: | Laboratory Case Number: 2020-027669 | Page 1 of 3 |
| --- | --- | --- |

Kayla Pledger                         Agency Case Number: 2020-037382
Sherwood Police Department
2201 East Kiehl Ave.
Sherwood, AR 72120

Suspect(s):                                      Victim(s):

Frederick Robinson                               Veronica Cunalata
Christopher Walls

Date of Report: 08/27/2021

I do hereby attest and confirm, as specified by A.C.A 12-12-313, that the information listed below is a true and accurate report of the results of analysis performed on evidence received in a sealed condition at the Arkansas State Crime Laboratory. The results stated below relate only to the items tested and represent the interpretations/opinions of the undersigned analyst. This is only an official Arkansas State Crime Laboratory report when reproduced in full.

Only those items expressly detailed in the results below were analyzed for this report.

**SUPPLEMENTAL REPORT TO ORIGINAL DNA REPORT ON 07/30/2021**

**A portion of the evidence listed below has only been analyzed utilizing the Qiagen Investigator Quantiplex Pro Kit for DNA quantitation.**

**A portion of the evidence listed below has been analyzed utilizing the Promega PowerPlex Fusion 6C PCR kit for STR based human identification. The following loci have been examined: Amelogenin, D3S1358, D1S1656, D2S441, D10S1248, D13S317, Penta E, D16S539, D18S51, D2S1338, CSF1PO, Penta D, THO1, vWA, D21S11, D7S820, D5S818, TPOX, D8S1179, D12S391, D19S433, SE33, D22S1045, DYS391, FGA, DYS576, and DYS570.**

**The results and conclusions contained in this report are based on the utilization of the above quantitation data, autosomal and Y-STR markers and the 2017 NIST US Population database.**

## Evidence Analyzed:

| | |
| --- | --- |
| Q01-TL(I) | Tape Lifts from Underwear (Inner)(Item #1) |
| Q01-TL(O) | Tape Lifts from Underwear (Outer)(Item #1) |
| Q02-9S | Cuttings from Sheet (Item #2) |
| Q03-5S/B | Cuttings from Blanket (Item #3) |
| Q03-6S | Cuttings from Blanket (Item #3) |

## Results:

The DNA mixture obtained from Q01-TL(I) indicates the presence of DNA from at least two individuals and is inconclusive for comparative purposes due to the limited amount of DNA.

Q01-TL(O) did not contain a sufficient amount of DNA for further processing. It is noted that there was an indication of male DNA.

A DNA mixture consistent with originating from two individuals was obtained from Q02-9S. Major and minor components of this DNA mixture were able to be distinguished. The male major component of DNA identified on Q02-9S is consistent with the DNA extracted from K02, Blake Shadwick. The probabilities of selecting an unrelated individual at random having a DNA profile matching the DNA profile obtained from the major component of Q02-9S are approximately 1 in 2.94 nonillion in the Caucasian Population, 1 in 2.97 nonillion in the Hispanic Population, 1 in 19.6 decillion in the Asian Population, and 1 in 8.13 undecillion in the African American Population.

The female minor component of DNA identified on Q02-9S is consistent with the DNA obtained from K01, Veronica Cunalata. The probabilities of selecting an unrelated individual at random having a DNA profile matching the DNA

(16)

4



# Arkansas State Crime Laboratory
P.O. Box 8500
3 Natural Resources Drive
Little Rock, Arkansas 72215
*DNA*
*REPORT OF LABORATORY ANALYSIS*



Laboratory Services
(501) 227-5747

Investigating Officer/Agency/Address:

Kayla Pledger
Sherwood Police Department
2201 East Kiehl Ave.
Sherwood, AR 72120

Laboratory Case Number: 2020-027669
Agency Case Number: 2020-037382

Page 2 of 3

Suspect(s):

Frederick Robinson
Christopher Walls

Victim(s):

Veronica Cunalata

Date of Report: 08/27/2021

I do hereby attest and confirm, as specified by A.C.A 12-12-313, that the information listed below is a true and accurate report of the results of analysis performed on evidence received in a sealed condition at the Arkansas State Crime Laboratory. The results stated below relate only to the items tested and represent the interpretations/opinions of the undersigned analyst. This is only an official Arkansas State Crime Laboratory report when reproduced in full.

Only those items expressly detailed in the results below were analyzed for this report.

profile obtained from the minor component of Q02-9S are approximately: 1 in 850 quadrillion in the Caucasian Population, 1 in 70.2 quadrillion in the Hispanic Population, 1 in 38.6 quadrillion in the Asian Population, and 1 in 34.6 quadrillion in the African American Population.

K03, Frederick Robinson, is excluded as a contributor to the DNA mixture identified on Q02-9S.

A DNA mixture consistent with originating from three individuals was obtained from Q03-5S/B. A male major, a male intermediate, and a minor component were able to be distinguished. The male major component of DNA identified on Q03-5S/B is consistent with the DNA extracted from K02, Blake Shadwick. The probabilities of selecting an unrelated individual at random having a DNA profile matching the DNA profile obtained from the major component of Q03-5S/B are approximately: 1 in 2.94 nonillion in the Caucasian Population, 1 in 2.97 nonillion in the Hispanic Population, 1 in 19.6 decillion in the Asian Population, and 1 in 8.13 undecillion in the African American Population.

The male intermediate component of the DNA mixture identified on Q03-5S/B is suitable for comparative purposes pending the submission of additional known samples.

The minor component of the DNA mixture identified on Q03-5S/B is consistent with the DNA profile obtained from K01, Veronica Cunalata. The probabilities of selecting an unrelated individual at random having a DNA profile matching the DNA profile obtained from the minor component of Q03-5S/B are approximately: 1 in 266 million in the Caucasian Population, 1 in 183 million in the Hispanic Population, 1 in 136 million in the Asian Population, and 1 in 280 million in the African American Population.

K03, Frederick Robinson, is excluded as a contributor to the male major component, the male intermediate component, and the minor component of DNA identified on Q03-5S/B.

A DNA mixture consistent with originating from three individuals was obtained from Q03-6S. Major and minor components of this DNA mixture were able to be distinguished. The male major component of DNA identified on Q03-6S is consistent with the DNA extracted from K02, Blake Shadwick. The probabilities of selecting an unrelated individual at random having a DNA profile matching the DNA profile obtained from the major component of Q03-6S are approximately: 1 in 2.94 nonillion in the Caucasian Population, 1 in 2.97 nonillion in the Hispanic Population, 1 in 19.6 decillion in the Asian Population, and 1 in 8.13 undecillion in the African American Population.

The minor components of the DNA mixture identified on Q03-6S are inconclusive for comparative purposes due to the limited amount of DNA.

K01, Veronica Cunalata, and K03, Frederick Robinson, are excluded as contributors to the male major component of DNA identified on Q03-6S.

(17)



# Arkansas State Crime Laboratory
P.O. Box 8500
3 Natural Resources Drive
Little Rock, Arkansas 72215
*DNA*
### REPORT OF LABORATORY ANALYSIS

**Laboratory Services**
(501) 227-5747

**ANAB**
ANSI National Accreditation Board
A C C R E D I T E D
FORENSIC TESTING LABORATORY
SINCE DECEMBER 13, 2004

DATE SCANNED 05/23/2022 BHS

| Investigating Officer/Agency/Address: | Laboratory Case Number: 2020-027669 | Page 3 of 3 |
|---|---|---|
| Kayla Pledger<br>Sherwood Police Department<br>2201 East Kiehl Ave.<br>Sherwood, AR 72120 | Agency Case Number: 2020-037382 | |
| **Suspect(s):** | **Victim(s):** | |
| Frederick Robinson<br>Christopher Walls | Veronica Cunalata | |

Date of Report: 08/27/2021

I do hereby attest and confirm, as specified by A.C.A 12-12-313, that the information listed below is a true and accurate report of the results of analysis performed on evidence received in a sealed condition at the Arkansas State Crime Laboratory. The results stated below relate only to the items tested and represent the interpretations/opinions of the undersigned analyst. This is only an official Arkansas State Crime Laboratory report when reproduced in full.

Only those items expressly detailed in the results below were analyzed for this report.

## Conclusion:

The DNA identified on the major component of the mixture obtained from Q02-9S, the major component of the mixture obtained from Q03-5S/B, and the major component of the mixture obtained from Q03-6S, originated from K02, Blake Shadwick, within all scientific certainty.

The DNA identified on the minor component of the mixture obtained from Q02-9S originated from K01, Veronica Cunalata, within all scientific certainty.

The following profile(s) have been entered into CODIS: the male intermediate component obtained from Q03-5S/B.

If further testing is needed, two oral swabs are requested from any developed suspect(s).

Samples have been retained.

*Emma K. Fort*

**Emma K Fort, Forensic DNA Analyst II**
*Emma.Fort@crimelab.arkansas.gov*

*DNA profiles, as noted above, have been entered into and/or searched against the Combined DNA Index System (CODIS) in accordance with state and national regulations. Notification will be issued to the investigating agency if any investigative leads are generated or if a profile is removed from CODIS at any time in the future.*

(18.)

6



# Arkansas State Crime Laboratory
### P.O. Box 8500
### 3 Natural Resources Drive
### Little Rock, Arkansas 72215
#### *DNA*
### *REPORT OF LABORATORY ANALYSIS*

**ANAB**

ANSI National Accreditation Board
A C C R E D I T E D
ISO IEC 17025
FORENSIC TESTING
LABORATORY
SINCE DECEMBER 13, 2004

Laboratory Services
(501) 227-5747

Investigating Officer/Agency/Address:
Kayla Pledger
Sherwood Police Department
2201 East Kiehl Ave.
Sherwood, AR 72120

Laboratory Case Number: 2020-027669
Agency Case Number: 2020-037382

Page 1 of 2

Suspect(s):
Frederick Robinson
Christopher Walls

Victim(s):
Veronica Cunajaran

Date of Report: 09/27/2021

I do hereby attest and confirm, as specified by A.C.A 12-12-313, that the information listed below is a true and accurate report of the results of analysis performed on evidence received in a sealed condition at the Arkansas State Crime Laboratory. The results stated below relate only to the items tested and represent the interpretations/opinions of the undersigned analyst. This is only an official Arkansas State Crime Laboratory report when reproduced in full.

Only those items expressly detailed in the results below were analyzed for this report.

## SUPPLEMENTAL REPORT TO ORIGINAL DNA REPORT ON 07/30/2021

**The evidence listed below has been analyzed utilizing the Promega PowerPlex Fusion 6C PCR kit for STR based human identification. The following loci have been examined: Amelogenin, D3S1358, D1S1656, D2S441, D10S1248, D13S317, Penta E, D16S539, D18S51, D2S1338, CSF1PO, Penta D, THO1, vWA, D21S11, D7S820, D5S818, TPOX, D8S1179, D12S391, D19S433, SE33, D22S1045, DYS391, FGA, DYS576, and DYS570.**

**All results and conclusions contained in this report are based on the utilization of the above autosomal and Y-STR markers and the 2017 NIST US Population database.**

**Related ASCL Case #2018-012960**

### Evidence Analyzed:

CW    Known Oral Swabs from Christopher Walls (E-10)(Submitted under ASCL Case #2018-012960)

### Results:

The male intermediate component of the DNA mixture identified on Q03-5S/B, Cuttings of Blanket, is consistent with the DNA profile obtained from CW, Christopher Walls. The probabilities of selecting an unrelated individual at random having a DNA Profile matching the male intermediate component obtained from Q03-5S/B are approximately: 1 in 25.5 septillion in the Caucasian Population, 1 in 10.5 septillion in the Hispanic Population, 1 in 2.48 sextillion in the Asian Population, and 1 in 180 sextillion in the African American Population.

CW, Christopher Walls, is excluded as a contributor to the DNA mixture obtained from Q03-9S, the male major component obtained from Q03-6S, the male major component obtained from Q03-26S/B, the DNA mixture obtained from Q03-29S, the male major and female intermediate components obtained from Q03-31S, the male major component obtained from Q03-32S/B, the DNA profile obtained from Q03-37S/B, and the male major component obtained from Q03-39S/B.

### Conclusion:

The male DNA identified on the intermediate component on Q03-5S/B originated from CW, Christopher Walls, within all scientific certainty.

The following profile(s) have been entered into CODIS: no profiles were eligible.

Samples have been retained.

*(19.)*

DATE SCANNED 05/23/2022 BHS



ARKANSAS
STATE
CRIME
LAB

# Arkansas State Crime Laboratory
P.O. Box 8500
3 Natural Resources Drive
Little Rock, Arkansas 72215
## DNA
### *REPORT OF LABORATORY ANALYSIS*

Laboratory Services
(501) 227-5747

**ANAB**
ANSI National Accreditation Board
A C C R E D I T E D
FORENSIC TESTING LABORATORY
SINCE DECEMBER 13, 2004

DATE SCANNED 05/23/2022 BHS

| Investigating Officer/Agency/Address: | Laboratory Case Num. 2020-027669 | Page 2 of 2 |
|---|---|---|

Kayla Pledger
Sherwood Police Department
2201 East Kiehl Ave.
Sherwood, AR 72120

Agency Case Num. 2020-037382

Suspect(s):
Frederick Robinson
Christopher Walls

Victim(s):
Veronica Curalata

Date of Report: 09/27/2021

I do hereby attest and confirm, as specified by A.C.A 12-12-313, that the information listed below is a true and accurate report of the results of analysis performed on evidence received in a sealed condition at the Arkansas State Crime Laboratory. The results stated below relate only to the items tested and represent the interpretations/opinions of the undersigned analyst. This is only an official Arkansas State Crime Laboratory report when reproduced in full.

Only those items expressly detailed in the results below were analyzed for this report.

**Emma K Fort, Forensic DNA Analyst II**
*Emma.Fort@crimelab.arkansas.gov*

*DNA profiles, as noted above, have been entered into and/or searched against the Combined DNA Index System (CODIS) in accordance with state and national regulations. Notification will be issued to the investigating agency if any investigative leads are generated or if a profile is removed from CODIS at any time in the future.*

(20.)

8



# Arkansas State Crime Laboratory
P.O. Box 8500
3 Natural Resources Drive
Little Rock, Arkansas 72215
*DNA*
**REPORT OF LABORATORY ANALYSIS**

ANAB
ANSI National Accreditation Board
ACCREDITED
FORENSIC TESTING LABORATORY
SINCE DECEMBER 13, 2004

Laboratory Services
(501) 227-5747

| Investigating Officer/Agency/Address: | |
|---|---|
| Kayla Pledger | Laboratory Case Number: 2020-027669 |
| Sherwood Police Department | Agency Case Number: 2020-037382 |
| 2201 East Kiehl Ave. | Page 1 of 2 |
| Sherwood, AR 72120 | |

| Suspect(s): | Victim(s): |
|---|---|
| Frederick Robinson | Veronica Cunalata |
| Christopher Walls | |

Date of Report: 10/01/2021

I do hereby attest and confirm, as specified by A.C.A 12-12-313, that the information listed below is a true and accurate report of the results of analysis performed on evidence received in a sealed condition at the Arkansas State Crime Laboratory. The results stated below relate only to the items tested and represent the interpretations/opinions of the undersigned analyst. This is only an official Arkansas State Crime Laboratory report when reproduced in full.

Only those items expressly detailed in the results below were analyzed for this report.

**SUPPLEMENTAL REPORT TO ORIGINAL DNA REPORT ON 07/30/2021**

**The evidence listed below has been analyzed utilizing the Promega PowerPlex Fusion 6C PCR kit for STR based human identification. The following loci have been examined: Amelogenin, D3S1358, D1S1656, D2S441, D10S1248, D13S317, Penta E, D16S539, D18S51, D2S1338, CSF1PO, Penta D, THO1, vWA, D21S11, D7S820, D5S818, TPOX, D8S1179, D12S391, D19S433, SE33, D22S1045, DYS391, FGA, DYS576, and DYS570.**

**All results and conclusions contained in this report are based on the utilization of the above autosomal and Y-STR markers and the 2017 NIST US Population database.**

<u>**Evidence Analyzed:**</u>

Q03-29S        Cuttings from Blanket of Veronica Cunalata (Item #3)
Q03-32S/B      Cuttings from Blanket of Veronica Cunalata (Item #3)
Q03-37S/B      Cuttings from Blanket of Veronica Cunalata (Item #3)

<u>**Results:**</u>

A DNA mixture consistent with originating from two individuals was obtained from Q03-29S. Major and minor components of this DNA mixture were able to be distinguished. The female major component of DNA identified on Q03-29S is suitable for comparative purposes pending submission of additional known sample.

The male minor component of DNA identified on Q03-29S is consistent with the DNA extracted from K02, Blake Shadwick. The probabilities of selecting an unrelated individual at random having a DNA profile matching the DNA profile obtained from the minor component of Q03-29S are approximately: 1 in 3.48 trillion in the Caucasian Population, 1 in 4.07 trillion in the Hispanic Population, 1 in 12.7 trillion in the Asian Population, and 1 in 12.5 quadrillion in the African American Population.

A DNA mixture consistent with originating from three individuals was obtained from Q03-32S/B. A male major component was able to be distinguished and is suitable for comparative purposes pending the submission of additional known samples.

The minor component to the DNA mixture obtained from Q03-32S/B is inconclusive for comparative purposes due to the insufficient quality of data.

The DNA profile obtained from Q03-37S/B is consistent with the DNA profile obtained from K02, Blake Shadwick. The probabilities of selecting an unrelated individual at random having a DNA profile matching the DNA profile obtained from Q03-37S/B are approximately: 1 in 2.94 nonillion in the Caucasian Population, 1 in 2.07 nonillion in the Hispanic Population, 1 in 19.6 decillion in the Asian Population, and 1 in 8.13 undecillion in the African American Population.



# Arkansas State Crime Laboratory
P.O. Box 8500
3 Natural Resources Drive
Little Rock, Arkansas 72215
*DNA*
*REPORT OF LABORATORY ANALYSIS*



Laboratory Services
(501) 227-5747

| Investigating Officer/Agency/Address: | Laboratory Case Number: 2020-027669 | Page 2 of 2 |
|---|---|---|
| Kayla Pledger | Agency Case Number: 2020-037382 | |

Kayla Pledger
Sherwood Police Department
2201 East Kiehl Ave.
Sherwood, AR 72120

Suspect(s):

Frederick Robinson
Christopher Walls

Victim(s):

Veronica Cunalata

Date of Report: 10/01/2021

I do hereby attest and confirm, as specified by A.C.A 12-12-313, that the information listed below is a true and accurate report of the results of analysis performed on evidence received in a sealed condition at the Arkansas State Crime Laboratory. The results stated below relate only to the items tested and represent the interpretations/opinions of the undersigned analyst. This is only an official Arkansas State Crime Laboratory report when reproduced in full.

Only those items expressly detailed in the results below were analyzed for this report.

K01, Veronica Cunalata, and K03, Frederick Robinson, are excluded as contributors to the DNA mixture identified on Q03-29S, the male major component identified on Q03-32S/B, and the DNA profile obtained from Q03-37S/B.

K02, Blake Shadwick, is excluded as a contributor to the male major component identified on Q03-32S/B.

## Conclusion:

The minor component of DNA identified on Q03-29S and the DNA profile obtained from Q03-37S/B originated from K02, Blake Shadwick, within all scientific certainty.

The following profile(s) have been entered into CODIS: the male major component obtained from Q03-32S/B.

If further testing is needed, two oral swabs are requested from any developed suspect(s).

Samples have been retained.

*Emma K. Fort*

**Emma K Fort, Forensic DNA Analyst II**
*Emma.Fort@crimelab.arkansas.gov*

*DNA profiles, as noted above, have been entered into and/or searched against the Combined DNA Index System (CODIS) in accordance with state and national regulations. Notification will be issued to the investigating agency if any investigative leads are generated or if a profile is removed from CODIS at any time in the future.*

(22.)



US POSTAGE

FIRST-CLASS MAIL
$002.59
10/03/2024 ZIP 72519
041M11245544

30026

Rock, AR 72519

son Circle

Pulaski County Circuit Court Clerk
401 West Markham Street, Suite 120
Little Rock, AR 72201-3497

OCT 7 2024