# FORMAL ORDER

**RESPONDENT'S EXHIBIT D**

STATE OF ARKANSAS,   )
                     )
SUPREME COURT        )

**BE IT REMEMBERED,** THAT A SESSION OF THE SUPREME COURT BEGUN AND HELD IN THE CITY OF LITTLE ROCK, ON NOVEMBER 6, 2025, AMONGST OTHERS WERE THE FOLLOWING PROCEEDINGS, TO-WIT:

SUPREME COURT CASE NO. CR-25-596

CHRISTOPHER WALLS                                      PETITIONER

V. APPEAL FROM PULASKI COUNTY CIRCUIT COURT, FIRST DIVISION – 60CR-22-1580

STATE OF ARKANSAS                                      RESPONDENT

PETITIONER'S PRO SE PETITION FOR WRIT OF MANDAMUS IS DENIED. BAKER, C.J., AND HUDSON AND WOMACK, JJ., WOULD GRANT.



IN TESTIMONY, THAT THE ABOVE IS A TRUE COPY OF THE ORDER OF SAID SUPREME COURT, RENDERED IN THE CASE HEREIN STATED, I, KYLE E. BURTON, CLERK OF SAID SUPREME COURT, HEREUNTO SET MY HAND AND AFFIX THE SEAL OF SAID SUPREME COURT, AT MY OFFICE IN THE CITY OF LITTLE ROCK, THIS 6TH DAY OF NOVEMBER, 2025.

_____
CLERK

ORIGINAL TO CLERK

CC:  CHRISTOPHER WALLS
     DARNISA EVANS JOHNSON, DEPUTY ATTORNEY GENERAL
     HON. LEON JOHNSON, CIRCUIT JUDGE