*Christopher Walls v. Dexter Payne*, **4:25CV01300 LPR-PSH**

# INDEX OF EXHIBITS

Respondent's Exhibit A:      First State Habeas Petition

Respondent's Exhibit B:      Order Denying First State Habeas Petition

Respondent's Exhibit C:      Second State Habeas Petition

Respondent's Exhibit D:      Order Denying Petition for Writ of Mandamus