IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CHRISTOPHER WALLS**                                      **PETITIONER**

No. 4:25-cv-01300 LPR/PSH

**DEXTER PAYNE, Director,**
**Arkansas Division of Correction ("ADC")**            **RESPONDENT**

## ORDER

The respondent Dexter Payne ("Payne") contends the petition for writ of habeas corpus filed by Christopher Walls ("Walls") should be dismissed because it is time-barred pursuant to 28 U.S.C. § 2244(d)(1), it is procedurally barred, and the claim for additional DNA testing is not cognizable in a federal habeas corpus action. Walls has generally responded to Payne's response. Doc. No. 8. In addition, Walls requests additional time in which to file his brief. Doc. No. 7.

The request for additional time in which to file a brief (Doc. No. 7) is granted, and Walls is notified that he may respond to the specific contentions of Payne, listed above, in his brief. Walls is directed to file his brief on or before March 5, 2026.

IT IS SO ORDERED this 4th day of February, 2026.

_____
UNITED STATES MAGISTRATE JUDGE