FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAR 02 2026

TAMMY H. DOWNS, CLERK
By: _____
DEP CLERK

State of Arkansas    )
                     ) §
County of _____  )

4:25-cv-01300-LPR-PSH

-AFFIDAVIT-

I, **CHRistopher Walls**, after first being duly sworn, do hereby swear, depose and state that: I **christopher Walls**, **Petition**, pro se, hereby certify that this application taken for post-conviction relief pursuant towards the constitutionality or justice of this conviction, entered on the **16** day of **August**, 20**22**, is not being taken for a frivolous or malicious purpose, nor for delay, but this action is taken in good faith, with belief that the same is meritorious and to the end, that said judgment and order may be reviewed by the Supreme Court, thereby justice being served. I further swear that the statements, matters and things contained herein are true and accurate to the best of my knowledge, information and belief.

**2-23-26**
DATE

*Christopher Wall*
AFFIANT

1

## -CERTIFICATE OF PRO SE COUNSEL-

I, *Christopher WAllS*, pro se, hereby declare that the foregoing is true and correct. With knowledge that a false statement will subject me to penalties for perjury.

*[Notary Seal: JUSTIN BORDEN HUNT, COMM. EXP. 09-29-2027, No. 12703811, FULTON COUNTY, NOTARY PUBLIC - ARKANSAS]*

*Christopher Waller*
Pro se

*130026*
ADC#

Subscribed and Sworn to before me, a Notary Public, on this __25__ day of __February__, 20__26__.

_____
Notary Public

My Commission Expires: __9-29-2027__